E-FILED
Tuesday, 18 July, 2006  09:07:27 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-1308 |
| | ) | |
| NICOLE L. SLADE, DANIEL BORREGO, | ) | |
| FINANCIAL RECOVERY SERVS., INC., | ) | |
| and CITY OF PONTIAC, | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

Before the Court is the United States' Motion to Stay Proceedings Pending Bankruptcy [Doc. #21]. On June 8, 2006, Defendant Nicole L. Slade, a/k/a Nicole L. Grinderslev, filed for bankruptcy pursuant to Chapter 13 of the United States Bankruptcy Code. This Court will therefore stay the proceedings in the instant case pending the bankruptcy decision.

IT IS THEREFORE ORDERED that the United States' Motion to Stay Proceedings Pending Bankruptcy [Doc. #21] is hereby GRANTED.

IT IS FURTHER ORDERED that this matter is set for a telephone status conference on September 14, 2006, at 10:00 am. The Court will make the call.

ENTERED this  17th  day of July, 2006.

/s/ Joe B. McDade
Joe Billy McDade
United States District Judge